# EXHIBIT E

SUPREME COURT OF THE STATE OF
NEW YORK COUNTY OF NEW YORK

GGC INTERNATIONAL LIMITED,

                                    Plaintiff,            Index No. 650439/2023

                -v-                                       **NOTICE OF APPEARANCE**
                                                          **AND DEMAND**
ROGER VER,

                                    Defendant.

**PLEASE TAKE NOTICE** that Daniel J. Kelman is admitted to practice in this court and hereby

enters an appearance in the above-captioned case on behalf of Defendant, Roger Ver, and demands

you serve a copy of the Complaint and all notices and other papers in this action upon the

Defendant at the address below.


DATED: March 8, 2023.


                                    KELMAN PLLC

                                    s/: Daniel J. Kelman
                                    Daniel J. Kelman
                                    1501 Broadway, Suite 2972
                                    New York, New York 10036
                                    Telephone: (212) 380-3818
                                    daniel@kelman.law

                                    *Attorneys for Defendant Roger Ver.*