UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>ROGER VER,<br><br>　　　　　　　　　*Defendant*.<br><br>ROGER VER,<br><br>　　　　　　　*Third-Party Plaintiff*,<br><br>　　v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>　　　　　　　*Third-Party Defendants*. | Case No. 1:24-cv-01533 |

## DIGITAL CURRENCY GROUP, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant Digital Currency Group, Inc. ("DCG") states that this party is a non-governmental corporate party and that:

1. DCG has no parent corporation; and

2. No publicly held corporations own 10% or more of DCG's stock.

Dated: February 28, 2024                    Respectfully submitted,
       New York, New York

                                           */s/ Jonathan D. Polkes*
                                           Jonathan D. Polkes
                                           Caroline Hickey Zalka
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, NY 10153
                                           Tel: (212) 310-8000
                                           Fax: (212) 310-8007

                                           Joshua M. Wesneski
                                           WEIL, GOTSHAL & MANGES LLP
                                           2001 M Street NW, Suite 600
                                           Washington, DC 20036
                                           Telephone: (202) 682-7248
                                           joshua.wesneski@weil.com

                                           *Counsel for Defendants Digital Currency*
                                           *Group, Inc. and Barry Silbert*