UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>ROGER VER,<br><br>                    *Defendant*.<br><br>ROGER VER,<br><br>              *Third-Party Plaintiff*,<br><br>    v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>              *Third-Party Defendants*. | Case No. 1:24-cv-01533 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Caroline Hickey Zalka of the law firm Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel for Third-Party Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: February 28, 2024
New York, New York

Respectfully submitted,

*/s/ Caroline Hickey Zalka*
Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
caroline.zalka@weil.com

*Attorney for Third-Party Defendants Digital Currency Group, Inc. and Barry Silbert*