**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>                              *Plaintiff*,<br><br>                    v.<br><br>ROGER VER,<br><br>                         *Defendant*.<br><br>────────────────────<br><br>ROGER VER,<br><br>              *Third-Party Plaintiff*,<br><br>                    v.<br><br>BARRY SILBERT, MICHAEL MORO, and<br>DIGITAL CURRENCY GROUP,<br><br>               *Third-Party Defendants*. | Case No. 1:24-cv-01533 |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Joshua M. Wesneski of the law firm Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel for Third-Party Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:   February 28, 2024
         New York, New York

Respectfully submitted,

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
joshua.wesneski@weil.com

*Attorney for Third-Party Defendants Digital Currency Group, Inc. and Barry Silbert*