UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>       *Plaintiff,*<br><br>  v.<br><br>ROGER VER,<br><br>       *Defendant.* | Case No. 1:24-cv-01533 |
| ROGER VER,<br><br>       *Third-Party Plaintiff,*<br><br>  v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>       *Third-Party Defendants.* | |

## CERTIFICATE OF SERVICE

  I, Caroline Hickey Zalka, being an attorney at law, duly licensed to practice in the State of New York, do hereby affirm under penalty of perjury that the following is true:

  1.  I am over eighteen years of age and am not a party to this action. I am employed by Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.

  2.  On February 29, 2024, I served the Notice of Removal and accompanying Exhibits by email as well as overnight delivery via Federal Express upon the following:

Jason Gottlieb
Michael Mix
Vani Upadhyaya
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022

*Attorneys for GGC International Limited*

Michael D. Handelsman
Daniel J. Kelman
KELMAN PLLC
1441 Broadway
6th Floor, #6079
New York, New York 10018

*Attorneys for Roger Ver*

Asner Marcus
Tyler Fink
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019

*Attorneys for Michael Moro*

Dated: February 29, 2024
       New York, New York

_____
Caroline Hickey Zalka