UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>*Defendant.* | Case No. 1:24-cv-01533<br><br>**NOTICE OF APPEARANCE** |
| ROGER VER,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>*Third-Party Defendants.* | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Plaintiff GGC International Limited in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated:  March 4, 2024
        New York, New York

                                MORRISON COHEN LLP

                                 */s/ Jason P. Gottlieb*
                                Jason P. Gottlieb
                                909 Third Avenue
                                New York, New York 10022
                                Tel:   (212) 735-8837
                                Fax:   (917) 522-9937
                                jgottlieb@morrisoncohen.com
                                *Attorney for Plaintiff GGC International Limited*