## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>                    *Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>                    *Defendant.* | Case No. 1:24-cv-01533<br><br>**NOTICE OF APPEARANCE** |
| ROGER VER,<br><br>                    *Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>                    *Third-Party Defendants.* | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Plaintiff GGC International Limited in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated:   March 4, 2024
         New York, New York

                                        MORRISON COHEN LLP

                                         /s/ Michael Mix
                                        Michael Mix
                                        909 Third Avenue
                                        New York, New York 10022
                                        Tel:   (212) 735-8847
                                        Fax:   (917) 522-9947
                                        mmix@morrisoncohen.com
                                        *Attorney for Plaintiff GGC International Limited*