

Jason P. Gottlieb
Partner & Chair, Digital Assets;
Chair, White Collar and Regulatory
Enforcement
(212) 735-8837
jgottlieb@morrisoncohen.com

March 5, 2024

**VIA ECF**

Hon. John P. Cronan
United States District Court
500 Pearl Street
Courtroom 12D
New York, New York 10007

      Re:    *GGC International Limited v. Roger Ver*, Case No. 24-cv-015333

Dear Judge Cronan:

      We represent Plaintiff GGC International Limited ("GGC International") in the above-captioned litigation (the "Action"). The Action was recently removed to this Court by Third-Party Defendants Digital Currency Group ("DCG") and Barry Silbert, after proceeding in the State Court for the State of New York, New York County (Index No. 650439/2023, the "State Court Action"), for over a year. I write to respectfully request that the Court schedule oral argument on motions that were fully briefed in the State Court Action prior to the removal.

      As background, GGC International initiated the State Court Action by filing a Summons with Notice against Defendant Roger Ver ("Ver") on January 23, 2023. GGC International then filed a Complaint against Ver on March 28, 2023. Ver answered the Complaint and asserted Counterclaims against GGC International on May 9, 2023, and GGC International moved to dismiss those Counterclaims on June 14, 2023 (the "First Motion to Dismiss").[1] On July 31, 2023, after the First Motion to Dismiss was fully briefed, Ver filed Amended Counterclaims, mooting his prior pleading. On August 21, 2023, GGC International filed a motion to dismiss the Amended Counterclaims (the "Second Motion to Dismiss").[2] On December 11, 2023, Ver filed a motion to amend his Counterclaims yet again (the "Motion to Amend").[3] On December 27, 2023, Ver filed a Third-Party Complaint against DCG, Silbert, and Michael Moro (collectively, the "Third-Party Defendants").

---

[1]    The NYSCEF docket numbers in the State Court Action for the First Motion to Dismiss are: 13-31.

[2]    The NYSCEF docket numbers in the State Court Action for the Second Motion to Dismiss are: 34-52.

[3]    The NYSCEF docket numbers in the State Court Action for the Motion to Amend are: 54-59, 61-78.



March 5, 2024
Page 2

      The Supreme Court had scheduled oral argument on the Second Motion to Dismiss for March 12, 2024.  The Supreme Court also scheduled another oral argument for May 15, 2024 but did not say whether that oral argument would concern Ver's Motion to Amend.

      Now that the State Court Action has been removed to this Court, I respectfully request that the Court schedule oral argument on the Second Motion to Dismiss and the Motion to Amend, both of which were fully briefed in the State Court Litigation.  Neither motion concerns the Third-Party Defendants, so resolution of those motions can occur prior to the deadline for the Third-Party Defendants to respond to the Third-Party Complaint.  Please also let me know if the Court would like courtesy copies of any of the pending motions.

      Thank you for your attention to this matter.

      Respectfully,

      */s/ Jason Gottlieb*

      Jason Gottlieb

CC:  All Counsel of Record (via ECF/email)