UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>        *Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>        *Defendant.*<br><br>ROGER VER,<br><br>        *Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>        *Third-Party Defendants.* | Case No. 1:24-cv-01533 (JPC)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that Michael D. Handelsman is admitted to practice in this court and hereby enters an appearance in the above-captioned case on behalf of Defendant / Third-Party Plaintiff Roger Ver, and requests you serve all notices and other papers in this action upon the Defendant at the address below.

DATED: March 11, 2024.

KELMAN PLLC

<u>s/: Michael D. Handelsman</u>
Michael D. Handelsman
11 Broadway, Suite 615
New York, New York 10004
Telephone: (212) 380-3818
mike@kelman.law

*Attorneys for Roger Ver*