UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>                                   *Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>                                   *Defendant.*<br><br>ROGER VER,<br><br>                                 *Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>                                 *Third-Party Defendants.* | Case No. 1:24-cv-01533 (JPC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Daniel J. Kelman is admitted to practice in this court and hereby enters an appearance in the above-captioned case on behalf of Defendant / Third-Party Plaintiff Roger Ver, and requests you serve all notices and other papers in this action upon the Defendant at the address below.

| | |
|---|---|
| DATED: March 11, 2024. | KELMAN PLLC<br><br>s/: Daniel J. Kelman<br>Daniel J. Kelman<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Telephone: (212) 380-3818<br>daniel@kelman.law<br><br>*Attorneys for Roger Ver* |