

Jason P. Gottlieb
Partner & Chair, Digital Assets;
Chair, White Collar and Regulatory
Enforcement
(212) 735-8837
jgottlieb@morrisoncohen.com

March 20, 2024

**VIA ECF**

Hon. John P. Cronan
United States District Court
500 Pearl Street
Courtroom 12D
New York, New York 10007

      Re:     <u>GGC International Limited v. Roger Ver</u>, Case No. 24-cv-015333

     We represent Plaintiff GGC International Limited ("GGC International") in the above-captioned litigation. Pursuant to the Court's Order dated March 13, 2024 (ECF No. 19), attached are the relevant motion papers for GGC International's motion to dismiss the Amended Counterclaims of Defendant Roger Ver ("Ver") (attached hereto as **Exhibits 1-3**), and Ver's motion for leave to amend (attached hereto as **Exhibits 4-6**) that were pending in the Supreme Court for the State of New York, New York County (Index No. 650439/2023).

                                                      Respectfully,

                                                      <u>/s/ Jason Gottlieb</u>

                                                      Jason Gottlieb

CC:  All Counsel of Record (via ECF/email)