**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br>　　　　　　　　*Plaintiff,*<br><br>　　v.<br><br>ROGER VER,<br>　　　　　　　　*Defendant.*<br><br>ROGER VER,<br>　　　　　　　　*Third-Party Plaintiff,*<br><br>　　v.<br><br>BARRY SILBERT, MICHAEL MORO, and<br>DIGITAL CURRENCY GROUP,<br>　　　　　　　　*Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan |

## NOTICE OF APPEARANCE

TO:　　The Clerk of Court and All Parties of Record

　　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third-Party Defendant, Soichiro "Michael" Moro.

Dated:　March 28, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Tyler J. Fink
　　　　　　　　　　　　　　　　　　　　　　Tyler J. Fink

　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLLER LLP
　　　　　　　　　　　　　　　　　　　　　　250 W 55th Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 836-8000
　　　　　　　　　　　　　　　　　　　　　　tyler.fink@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to Defendant Soichiro "Michael" Moro*