UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br>          *Plaintiff,*<br><br>v.<br><br>ROGER VER,<br>          *Defendant.*<br><br>ROGER VER,<br>          *Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and<br>DIGITAL CURRENCY GROUP,<br>          *Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan |

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third-Party Defendant, Soichiro "Michael" Moro.

Dated:    March 28, 2024
          New York, New York

                                              */s/Kodjo E. A. Kumi*
                                              Kodjo E. A. Kumi

                                              ARNOLD & PORTER KAYE SCHOLLER LLP
                                              250 W 55th Street
                                              New York, NY 10019
                                              Telephone: (212) 836-8000
                                              kodjo.kumi@arnoldporter.com

                                              *Counsel to Defendant Soichiro "Michael" Moro*