**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br>                    *Plaintiff,*<br><br>  v.<br><br>ROGER VER,<br>                    *Defendant.*<br><br>ROGER VER,<br>                    *Third-Party Plaintiff,*<br><br>  v.<br><br>BARRY SILBERT, MICHAEL MORO, and<br>DIGITAL CURRENCY GROUP,<br>                    *Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third-Party Defendant, Soichiro "Michael" Moro.

Dated:   March 28, 2024
             New York, New York

                                                            /s/ Marcus A. Asner
                                                            Marcus A. Asner

                                                            ARNOLD & PORTER KAYE SCHOLLER LLP
                                                            250 W 55th Street
                                                            New York, NY 10019
                                                            Telephone: (212) 836-8000
                                                            Marcus.asner@arnoldporter.com

                                                            *Counsel to Defendant Soichiro "Michael" Moro*