UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br>　　　　　　　　*Plaintiff,*<br><br>　　v.<br><br>ROGER VER,<br>　　　　　　　　*Defendant.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan |
| ROGER VER,<br>　　　　　　　　*Third-Party Plaintiff,*<br><br>　　v.<br><br>BARRY SILBERT, MICHAEL MORO, and<br>DIGITAL CURRENCY GROUP,<br>　　　　　　　　*Third-Party Defendants.* | |

## **MICHAEL MORO'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT**

　　　　PLEASE TAKE NOTICE that Third-Party Defendant Soichiro "Michael" Moro, by and through undersigned counsel, respectfully moves this Court to dismiss the Third-Party Complaint filed by Defendant / Third-Party Plaintiff Roger Ver, dated December 27, 2023, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of the motion, Mr. Moro relies upon the accompanying memorandum of law and any other written or oral argument as may be requested or permitted by the Court.

Dated: April 18, 2024

Respectfully submitted,

/s/ Marcus Asner

**ARNOLD & PORTER KAYE SCHOLER LLP**
Marcus Asner
Tyler Fink
Kodjo Kumi
250 W 55th Street
New York, NY 10019
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Marcus.Asner@arnoldporter.com

Christian Schultz (*pro hac vice* to be filed)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Christian.Schultz@arnoldporter.com

*Counsel to Defendant Soichiro "Michael" Moro*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Marcus Asner