**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>       *Plaintiff,*<br><br> v.<br><br>ROGER VER,<br><br>       *Defendant.*<br><br>ROGER VER,<br><br>       *Third-Party Plaintiff,*<br><br> v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>       *Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Christian D.H. Schutlz herby moves this Court for an order for admission to practice *Pro Hac Vice* to appear as counsel for Third-Party Defendant Soichiro "Michael" Moro in the above-captioned action.

I am in good standing of the bars of the states of Arizona, Illinois, Texas and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 23, 2024
Washington, DC

/s/ *Christian D. H. Schultz*
Christian D. H. Schultz

**ARNOLD & PORTER KAYE SCHOLLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Christian.schultz@arnoldporter.com

*Counsel to Defendant Soichiro "Michael" Moro*