# Exhibit A



## Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHRISTIAN SCHULTZ,** was duly admitted to practice as an attorney, and counselor at law in all courts of Arizona by the Supreme Court of Arizona October 29, 2001, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this _____ 4/15/2024 _____.

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Kristina Tuba
Associate Disciplinary Clerk