UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>*Defendant.*<br><br>ROGER VER,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>*Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Christian D.H. Schultz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the District of Columbia and the state(s) of Arizona, Illinois, and Texas; and that his contact information is as follows (please print):

> Applicant's Name: Christian D. H. Schultz
> Firm Name: Arnold & Porter Kaye Scholer LLP
> Address: 601 Massachusetts Ave, NW
> City/State/Zip: Washington, DC 20001-3743
> Telephone/Fax: (202) 942-5000

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Third Party Defendant Soichiro "Michael" Moro in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
The Hon. John P. Cronan
United States District Judge
Southern District of New York