UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GGC INTERNATIONAL LIMITED,<br><br>    *Plaintiff,*<br><br>v.<br><br>ROGER VER,<br><br>    *Defendant.*<br><br>ROGER VER,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>BARRY SILBERT, MICHAEL MORO, and DIGITAL CURRENCY GROUP,<br><br>    *Third-Party Defendants.* | Civil Action No. 1:24-cv-01533 (JPC)<br><br>Hon. Judge John P. Cronan<br><br>**AFFIDAVIT OF CHRISTIAN D.H. SCHULTZ IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Christian D. H. Schultz, being duly sworn, deposes and says:

  1.  I am a member of the firm Arnold & Porter Kaye Scholer LLP, located in Washington, D.C. I am counsel to Third-Party Defendant Soichiro "Michael" Moro in this proceeding. I submit this affidavit pursuant to Local Rule 1.3(c) in support of my motion for admission *pro hac vice* a counsel for Soichiro "Michael" Moro in this action.

  2.  I am a member in good standing of the District of Columbia Bar, the Arizona State Bar, the Illinois State Bar, and the Texas State Bar. Certificates of good standing for each Bar are annexed to this affidavit as **Exhibit A – Exhibit D**.

  3.  I have never been convicted of a felony.

  4.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.     There are currently no disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 23, 2024

_____
Christian D. H. Schultz

Subscribed and sworn to before me this 23rd day of April, 2024.


[SEAL]

_____
NOTARY PUBLIC

-2-