```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GGC INTERNATIONAL LIMITED,                                       :
                                                                 :
                              Plaintiff,                         :
                                                                 :
              -v-                                                :    24 Civ. 1533 (JPC)
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X    ORDER
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Counterclaim-Plaintiff,            :
                                                                 :
              -v-                                                :
                                                                 :
GGC INTERNATIONAL LIMITED,                                       :
                                                                 :
                              Counterclaim-Defendant.            :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Third-Party Plaintiff,             :
                                                                 :
              -v-                                                :
                                                                 :
BARRY SILBERT, et al.,                                           :
                                                                 :
                              Third-Party Defendants.            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the letters filed by Roger Ver ("Ver") and GGC International Limited ("GGCI") concerning whether this action should be remanded to state court following the

Court's Opinion and Order of January 29, 2025, which dismissed Ver's Third-Party Complaint. Dkts. 50, 51. Ver indicates that he "would prefer to seek leave to amend the currently dismissed third-party complaint." Dkt. 50 at 1. But GGCI informs the Court that "the bankruptcy of debtors Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific Pte. Ltd. has terminated," and therefore GGCI contends that the Court, in its discretion, should remand this case to state court because it is no longer "related to" a pending bankruptcy proceeding. Dkt. 51 at 1-2.

GGCI's letter implicates the basis for the Court's subject matter jurisdiction over this matter. All parties in this matter are therefore directed to file letter briefs, of no more than ten pages each, addressing whether the bankruptcy proceedings that served as the basis for removal have been terminated and, if so, advising the Court as to their views on whether the Court should therefore remand this case to state court. These letter briefs are due by February 28, 2025.

SO ORDERED.

Dated: February 6, 2025
New York, New York

                                                JOHN P. CRONAN
                                          United States District Judge