```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GGC INTERNATIONAL LIMITED,                                       :
                                                                 :
                              Plaintiff,                         :
                                                                 :
            -v-                                                  :    24 Civ. 1533 (JPC)
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X    ORDER
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Counterclaim-Plaintiff,            :
                                                                 :
            -v-                                                  :
                                                                 :
GGC INTERNATIONAL LIMITED,                                       :
                                                                 :
                              Counterclaim-Defendant.            :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
ROGER VER,                                                       :
                                                                 :
                              Third-Party Plaintiff,             :
                                                                 :
            -v-                                                  :
                                                                 :
BARRY SILBERT, et al.,                                           :
                                                                 :
                              Third-Party Defendants.            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 29, 2025, the Court issued an Opinion and Order dismissing the Third-Party Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6). *See* Dkt. 45. The

Court's January 29 Opinion and Order noted that Third-Party Plaintiff Roger Ver had not requested leave to amend the Third-Party Complaint in the event of dismissal, and "conclude[d] the most prudent course is not to grant leave to amend *sua sponte*, so as to afford Ver the opportunity to determine whether he would prefer to seek leave to amend or to ask this Court to remand the case to state court." *Id.* at 28 n.9.  Ver subsequently indicated his intent to move to amend the Third-Party Complaint.  *See* Dkt. 50 at 1.  The Court set a deadline of April 7, 2025 for Ver to file a pre-motion letter for any motion to amend in accordance with the Court's Individual Civil Rule 6.A.  Dkt. 60.  A stipulation of voluntary dismissal, signed by Ver and Plaintiff/Counterclaim-Defendant GGC International Limited, was filed on March 19, 2025.  Dkt. 63.

The April 7, 2025 deadline for Ver to file a pre-motion letter in advance of any motion to amend has passed and no such letter has been filed.  The Court therefore denies leave to amend the Third-Party Complaint, which was dismissed for the reasons set forth in the Court's January 29, 2025 Opinion and Order.  The Clerk of Court is respectfully directed to enter judgment in favor of the Third-Party Defendants and to close this case.

    SO ORDERED.

Dated: April 14, 2025  
    New York, New York

                                                JOHN P. CRONAN  
                                          United States District Judge