**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GGC INTERNATIONAL LIMITED,

                Plaintiff,

      -v-

ROGER VER,

                Defendant.,              24 **CIVIL** 1533 (JPC)

-----------------------------------------------------------------X

ROGER VER,

                Counterclaim-Plaintiff,         **<u>JUDGMENT</u>**

      -v-

GGC INTERNATIONAL LIMITED,

                Counterclaim-Defendant.

-----------------------------------------------------------------X

ROGER VER,

                Third-Party Plaintiff,

      -v-

BARRY SILBERT, et al.,

                Third-Party Defendants.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2025, the April 7, 2025 deadline for Ver to file a pre-motion letter in advance of any motion to amend has passed and no such letter has been filed. The Court therefore denies leave to amend the Third-Party Complaint, which was dismissed for the reasons set forth in the Courts January 29, 2025 Opinion and Order. Judgment is entered in favor of the Third-Party Defendants. Accordingly, the Case is closed.

Dated:  New York, New York

April 14, 2025

TAMMI M HELLWIG

Clerk of Court

BY:

Deputy Clerk
